IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEARL IP LICENSING LLC, <br><br> Plaintiff, <br><br> v. <br><br> NEW SENSOR CORPORATION, <br><br> Defendant. | Civil Action No.: 1:22-cv-07417-PKC <br><br> TRIAL BY JURY DEMANDED |

## JOINT MOTION TO DISMISS

Now come Plaintiff, Pearl IP Licensing LLC, and Defendant, New Sensor Corporation, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and hereby move this Court to dismiss all claims against Defendant New Sensor Corporation WITH PREJUDICE and all counterclaims against Plaintiff Pearl IP Licensing LLC WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs.

Dated: October 12, 2022

Application GRANTED.  Case is closed.
SO ORDERED.
Dated:  10/20/2022

_P. Kevin Castel_
United States District Judge

Respectfully submitted,

SAND, SEBOLT & WERNOW CO., LPA

/s/ Howard L. Wernow
Howard L. Wernow (*Pro hac vice*)
Aegis Tower – Suite 1100
4940 Munson Street NW
Canton, Ohio 44718
Telephone: (330) 244-1174
Facsimile: (330) 244-1173
Howard.Wernow@sswip.com

ATTORNEY FOR PLAINTIFF

/s/ *Excylyn J. Hardin-Smith*
Excylyn J. Hardin-Smith (EHS7780)
Fish & Richardson P.C.
7 Times Square, 20th Floor
New York, NY 10036
Telephone: (212) 765-5070
Facsimile: (212) 258-2291
hardin-smith@fr.com

Neil J. McNabnay (*Pro Hac Vice*)
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, TX 75201
Telephone: (214) 747-5070
Facsimile: (214) 747-2091
mcnabnay@fr.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 12, 2022, a true and correct copy of the foregoing document was filed with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Howard L. Wernow*
Howard L. Wernow